TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00189-CV

Eanes Independent School District and Robert N. Jocius, Appellants

v.

Dee Marcus Brewer, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 94-06885, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint motion to dismiss this interlocutory appeal of a trial court order
denying appellants' Eanes Independent School District and Robert N. Jocius official immunity and ordering
the matter to trial. The trial court entered judgment in the underlying cause on April 17, 1997, therefore
the parties urge that the proceeding pending before this Court is now moot and seek its dismissal. The
motion is granted. Tex. R. App. P. 42.1(a)(1).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Joint Motion

Filed: September 25, 1997

Do Not Publish